FILED

2014 JUL 15 PM 3: 10

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| VIII. | RELATED CASE(S) IF ANY | (See instructions): | JUDGE | | DOCKET NUMBER |
|---|---|---|---|---|---|
| DATE | | | SIGNATURE OF ATTORNEY OF RECORD | | |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### DIVISION

ADEL JIMENEZ,
Plaintiff

v.   Case No. 8:14CV1714 33TGW
(To be assigned by Clerk of District Court)

TRACY MARTINELL HENRY and
ANDERSON/PINCARD LAW GROUP,
Defendant(s)

## COMPLAINT

I. State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Legal Malpractice, Breach of Contract, Filing Defective Documents, Active Negligence, Defective Process, Misrepresentation, Failure to Prosecute, Obstruction of Justice.

II. Plaintiff, ADEL JIMENEZ is a citizen of __FLORIDA__ and is domiciled at 5806 N LOIS AVENUE, TAMPA in the county of HILLSBOROUGH 33614

III. Defendant(s),

TRACY MARTINELL HENRY lives at, or its business is located at 13577 FEATHER SOUND DRIVE # 670, CLEARWATER, FLORIDA 33762

ANDERSON/PINCARD LAW GROUP lives at, or its business is located at 13577 FEATHER SOUND DRIVE # 670, CLEARWATER, FLORIDA 33762

IV. Venue

Where did the events giving rise to this claim take place? TAMPA, FLORIDA

V. Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates

TBA-24553
$400

and places. Take time to organize your statement. Each fact should be a separate sentence, and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

VI. Statement of claim (In separately numbered sentences or counts, please state each claim you are making. For example, breach of contract, violation of the Constitutional rights, or violation of statute. For each claim, list each defendant that the claim is against. Describe specifically the wrongful conduct, action, or failure to act. Be as specific as possible. Take time to organize your statement. It is not necessary to make legal arguments, or to cite cases or statutes. You may use additional paper if necessary):

1. Breach of contract, active Negligence, Misrepresentation and Failure to prosecute: Defendants Tracy M Henry and Anderson/Pincard
I had a contract with Tracy M. Henry that I signed on June 25 2010 with the law firm Fudge & McArthur, P.A (Exhibit 1) on this period of time we had meetings, documents were been requested, she was also explaining how the process was going to be. She them moved to Anderson / Pincard and we signed a new contract on February 9, 2011. (Exhibit # 2) She was still working on the case and all the documents she requested were given to them.

2. Defendants Filed Defective Documents: Defendants Tracy M Henry and Anderson/Pincard.

I had a case in this court on July 28, 2011 with Tracy M. Henry and Anderson/ Pincard.
Represented me in a case of Employment Discrimination against my ex employer Avis Budget Group Rent A Car.
On document #4 line #53 and line # 70 (Exhibit 3), document 14 line 80, line 98 (exhibit 4), document 22 line 80-81, line 97 (Exhibit 5). There is a clear contradiction between the dates that when I was able to return to work. According the lawyer write, but is not true. I had a certificate to return to work without restriction on May 6, 2010 given by my doctor (exhibit 6). The company did not accept it. I like to point out that I never returned to work because they did not respect the agreement we had neither the laws. I had more time under The Union Agreement Article # 3 (exhibit 7). The allegations on the document mentioned are incorrect, repetitive, inadmissible, and destined to have a negative influence on the case. Because I was not looking for accommodations, I needed the 180 days that were guaranteed under the Union article # 3 leave of absence.

3. Count I wrongful discharge: Tracy Henry and Anderson/Pincard
My ex-Company fired me on Feb 12, 2010 (Exhibit 8) The lawyer did not show cause of action, that was her duty and it was also ordered by

      the Judge. She failed to show why was an incorrect proceed from of the company since I was a member of the Union, she did not show articles from The Union Teamster Article # 3 Leave of absence (exhibit 7), Article # 12 Standard of Conduct and discharge of employees (exhibit 9), Article 29 No Discrimination (exhibit 10). FMLA poster 1420 WHD Enforcement (exhibit 11), Union Security Article #4 (exhibit 12) ; Article #15-8 Grievance Procedures (exhibit 13), Grievance February 12, 2010 for wrongful job termination (exhibit 15), Fax on May 11, 2010 to Local President of Teamster #79; (exhibit 16) Meeting on May 12, 2010 with Steward Gary from which a decision of the meeting was given via a letter on May 20, 2010 (exhibit 17), Letter may 26/10 to the Local President of Teamster # 79 due to decision from letter dated May 20, 2010 (exhibit 18)

4.     Count II Denial of salary increase; Tracy Henry and Anderson Pincard
As it is agreed on the Union Contract, I have my right to the increase of salary corresponding to the year 2009. This was denied to me.
The lawyer did not show cause of action, that was her duty and it was also ordered by the Judge. She failed to show why it was an incorrect proceed from the company, she did not show the Appendix A wages of the Union Contract (exhibit 19) I had an increase of salary every year and when they fired me they did not give me the correspondent salary increase that was owed to me. Grievance on May 18, 2010 (exhibit 20) claims salary increase that belonged to me for the year 2009; Response was given to me on June 7, 2010 (exhibit 21)

5.     Count III FMLA; Tracy Henry and Anderson Pincard
Defendants started to Filed Defective Documents: Tracy M Henry and Anderson / Pincard.
The lawyer did not show cause of action, that was her duty and it was also ordered by the Judge. She failed to show why it was an incorrect proceed from the company; she failed to show Article # 3 Leave of absence (exhibit 7). This article guarantees up to 180 days to the members of the Union, she fails to mention FMLA Poster #1420 WHD enforcement (exhibit 11). This article states that the FMLA does not interfere with any laws and contract agreements that guaranteed more time.

6.     Count IV Filed Untimely National Labor Relations Board Document; Tracy Henry and Anderson Pincard.

    The lawyer filed documents late on the National Labor Relations Board, these documents were filed on Nov 3, 2011 (exhibit 22)for this reason the National Labor Relations Board closed the claim. I have a letter (exhibit 23) from the NLRB and I also have a letter from the lawyer November 14 2011 (exhibit 24). The excused used by defendants was a mistake due to internal time keeping line # 7 document # 9 (exhibit 25).

7.     Count V No Lawsuit against the Union # 79: Tracy Henry and

       Anderson Pincard.
The Lawyer did not show cause of action, she did not Show why the Union Proceed was incorrect.
The lawyer did not show article 4 Union security (exhibit 12), Article # 15-8 grievance procedures (exhibit 13), Article # 29 no Discrimination (Exhibit 10).
The Union had a duty to protect me. Duty of fair representation is the legal duty of a Union. The Union did not follow Articles # 3, Leave of absence (exhibit 7), Article 12 Standard of Conduct and discharge of employees (exhibit 9), Article 29 Not Discrimination (exhibit 10) The lawyer did not present any charges against the Union as I had requested.

8.     Count VI Reschedule, delays and extension of time: Tracy Henry and Anderson Pincard.
The Lawyer caused many delays on the case asking for several time extensions to obtain documents from the EEOC on the office of the FOIA, this was fraudulent because she had the documents from the EEOC, the last documents she received were on August 23, 2011 according to the document 22 (Exhibit C) and (Exhibit L). On June 1 2011, I received a letter from the lawyer where she clearly states that she was only missing 2 letters from the EEOC (Exhibit 26 ).These actions unnecessarily delayed the case.
On doc # 11 line 6 (Exhibit 27), doc 13(exhibit 50, doc 26 (exhibit 51) she did not show cause like it was order by the court, she justifies with lies to the court why the documents from the EEOC are not currently available, adds that she needs to ask the FOIA , but the evidence and I, will show you that she lied because all the EEOC were in her hand since August 23, 2011. according with the document 22 , Exhibit c ,  document  14, 2011(exhibit 28)
Doc # 12  (Exhibit 29) in this document she mentions the same story about EEOC  and why some of the documents are Not currently available   Line 6 . She asked for extension more time to get the FOIA; this is an unnecessary extension, now we have an additional 30 days.
Document 34 (exhibit 30) the lawyer is requesting extra time again.
She says she made several attempts to communicate with Barreto, the other plaintiff the court the Court gave a chance to also file a third appeal. I received an email from Tracy requesting more information for the case; however she never asked me about Barreto, she never mentioned that she was trying to communicate. She knew we were co-workers in the same lawsuit. On that email she never mentioned about doing a voluntary dismiss. On April 30, 2012 I received another email from the Tracy where she gave me thanks for the information I sent her (exhibit 31)
According to the Florida Bar  A  lawyer shall never  ask  a change of calendar change or falsify a conflict   to obtain advantages or delays. Defendants continue to show the same pattern of requesting illegitimate time.

9. Count V Defective Process and Lie by Omission: Tracy Henry and Anderson/Pincard.
As part of the defective process we mention that the lawyer showed no cause of action as it was her duty, ignoring also what was ordered several times by the Judge handling the case Honorable Virginia M. Covington in documents # 8 (exhibit 32),   doc # 10 (exhibit 33), doc # 16 (exhibit 34) in addition to not filling  the EEOC from the beginning when she started the lawsuit, Document # 4 (exhibit 3) with the purpose of extending the process and making long contradictory   allegations as it can be seen on document 4 line #53 and line # 70 (exhibit 3), document 14 line 80, line 98 (exhibit 4 ), document 22 line 80-81, line 97 (Exhibit C).
The Lawyer did not file the rights to sue paperwork on time with EEOC (exhibit 35 ), doc # 9 (Exhibit 36) answer to order from the plaintiff to show cause. She apologizes for the mistake and according to her she explains the mistake in line 7. Counsel plaintiff's apologizes to the court for the inadvertence, and has corrected the system that led to the error, # 9 (exhibit 25).   She asks for Extension of time and the court granted the time extension until October 4, 2011 (exhibit 37). On a letter she sent me on May 22,  2012 she omitted to inform me that the Judge had given us a chance to file a third   amendment, the court gave her a chance and she just never gave me the opportunity (exhibit 38). Once again she lied many times to the EEOC when she said she did not have the documents.
The lawyer violated the following local rules: Rule 2.03(b and c)   and Rule 2:04 (h) M.D.

10. Count VI Active Negligence: Tracy Henry and Anderson/Pincard.
The lawyer did not perform to the full of her duties, she was acting with negligence, did not show action, she did not file a lawsuit against the Union 79, filed a complaint with the National Labor Relations Board late, did not inform me on the letter of May 22,   2012 that I had a right to a third appeal.
With fraudulent methods she tried to persuade us that the best option was to sign the release that Avis was proposing. This can be read clearly on the letter dated May 22 (Exhibit 38) Among others things she said in the letter "The Judge has ruled on the motion to dismiss, and it is not good news. It's the worst, she granted the motion, and will not let me amend the complaint again. The basic answer about what the judge said is that no one could state a sufficient cause of action to support the claims we were making". She sent a letter May 29, 2012 (Exhibit39) she gave me an appointment for June 1st 2012 to discuss and sign the release that she mentions above. I met on June 1 2012, she tried to impose her will and try several times to make us sign the release and drop the case. That same day that I met, was the last day I had to file a third amendment and continue with my case, since I did not agreed to drop the case and I  wanted her to file a third amendment, she told me

that she was not going to continue with the case. She never gave us any written documents about her dropping the case. That same day I sent her an email requesting her to file the 3 amendment (Exhibit 40) I also wrote another email on July 5th (Exhibit 41) asking if she had filed the amendment and asking about the case and she never answer me after June 1 /12
She proceeded to file a petition to withdraw as a counsel (Exhibit 42) This petition was denied by the Judge Elizabeth A Jenkins (Exhibit 43)

11. Count VII Misrepresentation: Tracy Henry and Anderson/Pincard.
The lawyer had many acts of negligence, she did not show cause of action, filed defective documents, delayed the case, omitted information, lied by omission, had several contradictions and allegations. On Exhibit 30 paragraph 2 the lawyer refers to the possibility of claiming voluntary dismiss. This is only mentioned on this document, she never ever talked to us before or gave us the slight indication that she wanted to dismiss the case.
After several attempts to communicate with the lawyer and not obtaining any answers I went to the court seeking help and found out that the case had been closed (Exhibit44), because the third amendment was not filed neither other documents.

12. Count VIII Conspiracy to induce breach of contract: Tracy Henry and Anderson/Pincard
The lawyer did many things bad, lied by omission, delay the claim, filed unnecessary time extension. Did not filed documents on time, did not filed lawsuit against the Union.

13. Count IX Breach of contract: Tracy Henry and Anderson/Pincard
The lawyer leave without permission to withdraw, without legitimate cause ( exhibit 45), did not respect the statement of client's rights article # 10 (exhibit 46 ). The lawyer needed to respect the court and file the third appeal, she needed to follow the client's right and allow me to take the final decision of continue with the case or no, and continue representing me like the court order showing professionalism and not abandoning me like she did.

14. Count X Intentional interference with contract: Tracy Henry and Anderson/Pincard
The lawyer knew that not following their duties would cause breach of contract, they knew that failure to act professionally was going to cause breach of contract, and that would cause a bad outcome for the case, even after then judge denied the petition to withdraw, she knowingly refused to file the third amendment causing the case to close.

15. Count XI Obstruction of Justice: Tracy Henry and Anderson/Pincard
The lawyer abandon the case, she failed to file a third amendment, which ended with my case being closed,  she caused an obstruction to

my justice of wrongful discharge, negation of my salary increase, my health insurance, and all the other benefits that me and my family had.

16. Count XII Failure to prosecute; Tracy Henry and Anderson/Pincard
The Lawyer did not continue with the case, she abandoned my case after more than 2 years without legitimate cause. On (Exhibit 47) the Honorable Judge Virginia M Covington gave us the last chance to amend the complaint.
Exhibit 48 Is a clear explanation from the Judge of why some charges are not been denied by the judge due to not filling the documents on time and the ones that were filed were defective and explains the law. Is curious that after all the mistakes the lawyer made and not obeying the orders of the court and the law how the judge thinks the lawyer has good intentions and grants the right to the appeal. The lawyer meanwhile was thinking erroneously about the progress and about the case. The lawyer and her attorney express in writing about the court : "Unfortunately , the United States Eleventh Circuit is a notoriously difficult place to litigate plaintiff's discrimination cases .The case law is against the employee and heavily in favor of the employer and very few cases like Mr. Jimenez and other plaintiff's (and the plaintiff's lawyers)". Exhibit 49 Answer to complaint to the Florida Bar.

VII. Relief: State briefly and exactly what you want the Court to do for you.  Make no legal arguments; cite no cases or statutes.

I respectfully request this Court to enter Judgment in my favor and against the Defendant's for:
1. Economic loss, compensatory damages.
2. Litigation expenses and costs of suit; and
3. Any other such relief as this Court Deems Just and Proper.

VIII. Money damages:

Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?   Yes

Defendants and their associates engaged in an intentional outrageous conduct with the intent to cause me extreme emotional distress. This conduct did cause extreme emotional and substantial damages.

IX. Jury Trial Demand

Are you seeking a jury trial in this case?   TRUE

X. Additional Information:

_____
Signature of Plaintiff
5806 N LOIS AVENUE
813-862-6581
adelitin@yahoo.com

JUL 1 5 2014
_____
Date