UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADEL JIMENEZ,

    Plaintiff,

v.                                      Case No. 8:14-cv-1714-T-33TGW

TRACY MARTINELL HENRY and
ANDERSON/PINCARD LAW GROUP,

    Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. On July 15, 2014, pro se Plaintiff Adel Jimenez filed a complaint against Tracy M. Henry, Esq. and the Anderson/Pincard Law Group. (Doc. # 1). In her complaint, Jimenez contends that Defendants provided legal representation to her in an employment discrimination case that was previously litigated in this Court. (Id. at 2). Jimenez is not happy with the manner in which Defendants handled her case and enumerates fourteen counts against Defendants, stating the grounds for her case as "Legal Malpractice, Breach of Contract, Filing Defective Documents, Active Negligence, Defective Process,

1

Misrepresentation, Failure to Prosecute, [and] Obstruction of Justice." (Doc. # 1).

Even construing the Complaint liberally in light of Jimenez's pro se status, the Court concludes that the Complaint should be dismissed for want of jurisdiction. See Erickson v. Pardus, 551 U.S. 89, 94 (2007) (citations omitted) (internal quotations omitted) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers."). Because Jimenez alleges that both Defendants are located in Clearwater, Florida, and that she herself is a citizen of Florida, the Court does not have diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. # 1 at ¶ 1). Furthermore, Jimenez does not present any claims that arise under the laws of the United States, and thus the Court does not have federal question jurisdiction pursuant to 28 U.S.C. § 1331.

The Court dismisses the case after determining that it lacks subject matter jurisdiction over this matter.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed.

(2) The Clerk is directed to close this case.

3

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of July, 2014.

<u>/s/ Virginia M. Hernandez Covington</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel and Parties of Record

3